# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144930

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAVID BLAKE HUDSON,
      Defendant-Appellant.

SC: 144930
COA: 307968
Wayne CC: 08-010774;
              08-013877

_____/

      On order of the Court, the application for leave to appeal the March 16, 2012 order of the Court of Appeals is considered, and it is DENIED. With regard to the motion for relief from judgment that was denied by the Wayne Circuit Court on June 14, 2011, the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). With regard to the motion for relief from judgment that was denied by the Wayne Circuit Court on August 2, 2011, the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2012
_____

_____
Clerk

s1128